# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARVELL G. WHISBY, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 07-CV-609-WDS |
| UNITED STATES ATTORNEY GENERAL and W.A. SHERROD, | ) ) ) ) |
| Respondents. | ) ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Report and Recommendation of United States Magistrate Judge Clifford J. Proud.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on April 8, 2008, the petition for writ of habeas corpus is **DENIED.**

**DATED** this 8th day of April, 2008.

**NORBERT G. JAWORSKI, CLERK**

**BY:** s/*Sandy Pannier*
Deputy Clerk

**APPROVED:**

**S/WILLIAM D. STIEHL**
**DISTRICT JUDGE**